# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TONYA L. LYON, | ) | CASE NO. 1:12CV1447 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Pursuant to sentence four of Section 405(g) of the Social Security Act, and in light of the Commissioner's unopposed motion for remand (Doc. No. 15), the Commissioner's decision is hereby **REVERSED** and this case is **REMANDED** to the Commissioner in accordance with the terms set forth below. 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Faucher v. Sec'y of Health & Human Servs.*, 17 F.3d 171 (6th Cir. 1994).

On remand the Administrative Law Judge ("ALJ") will: (1) update the treatment evidence on plaintiff's medical condition; (2) obtain evidence from a medical expert to clarify the nature and severity of plaintiff's impairments; (3) expressly evaluate the treating, examining, and non-examining medical source opinions in the updated record, and explain the reasons for the weight given to this opinion evidence; (4) further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (5) further consider whether plaintiff has past relevant work she could perform with the limitations

established by the evidence; and (6) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base. The ALJ will then issue a new decision. Case closed.

       **IT IS SO ORDERED**.

Dated: November 6, 2012

    **HONORABLE SARA LIOI**
    **UNITED STATES DISTRICT JUDGE**